IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01878-LTB-MJW

JANET BLAIR,

Plaintiff(s),

v.

ALLSTATE INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

      It is hereby ORDERED that the Amended Motion to Reschedule Scheduling/Planning Conference Pursuant to the Court's Minute Order Dated November 29, 2005 (docket no. 10) is GRANTED as follows.  The Rule 16 Scheduling Conference is still set on December 13, 2005, but the court will move the time for such conference from 9:30 a.m. to 3:00 p.m. in order to allow counsel for the Plaintiff to attend his dental appoint at 8:00 a.m. that same morning.

Date:  December 1, 2005